**Fill in this information to identify the case:**

B 10 (Supplement 2) (12/11)      **(post publication draft)**

Debtor 1    Mikhaela J. Hernandez

Debtor 2    Antonio Hernandez
  (Spouse, if filing)

United States Bankruptcy Court for the: District of Massachusetts (BOSTON)

Case number    19-10153-FJB

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account:    2334

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:  ____/____/_____

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | 2/8/2019* | (5) | $650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: Payment History | 2/5/2019* | (12) | $300.00 |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Antonio Hernandez    Case number (*if known*) 19-10153-FJB
   First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _____/s/ Keith J. McCarthy_____    Date    ___6/5/19_____
   Signature

Print:    Keith J. McCarthy    Title  Attorney
   First Name    Middle Name    Last Name

Company    Harmon Law Offices, P.C.

Address    150 California St.
   Number    Street
   Newton, MA 02458
   City    State    ZIP Code

Contact phone  (617) 558-0500    Email  mabk@harmonlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE:<br><br>Antonio Hernandez, and Mikhaela J. Hernandez,<br><br>Debtors. | Case No. 19-10153-FJB<br>Chapter 13 |

## FORM 410S2 - ADDENDUM

**\*Proof of Claim:** This fee relates to an attorney analyzing the debtor's filings, as well as the drafting, reviewing, and filing of a Proof of Claim. In this process, the referral was reviewed, exhibit A was assembled, and the document was drafted. Throughout this process, an attorney communicated and advised the client regarding the Proof of Claim.

**\*History:** This fee relates to the preparation of the 410A form attached to the proof of claim. This involved reviewing the documents relevant to the property and compiling the life of the loan on a spreadsheet.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| IN RE:<br><br>Antonio Hernandez, and Mikhaela J. Hernandez, Debtors. | Case No. 19-10153-FJB<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Keith J. McCarthy, Esq., state that on June 5, 2019, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Peter Daigle
Carolyn Bankowski
John Fitzgerald

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Antonio Hernandez
30 Kenberma St
Hull, MA 02045

Antonio Hernandez
46 Grove Circle
Braintree, MA 02184

Mikhaela J. Hernandez
a/k/a Mikhaela J. LaRochelle
30 Kenberma St
Hull, MA 02045

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

    Respectfully submitted,

    **Nationstar Mortgage LLC d/b/a Mr. Cooper**,
    By its Attorney,

    /s/ Keith J. McCarthy
    Keith J. McCarthy, Esq.
    BBO#: 690779
    Harmon Law Offices, P.C.
    PO Box 610389
    Newton Highlands, MA 02461
    (617)558-0500
    mabk@harmonlaw.com

Dated: 6/5/19